**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **OCHOA BROTHERS** | ) | **Case No. 3:23-bk-00095** |
| **CONSTRUCTION, LLC,** | ) | **Chapter 7** |
| Debtor. | ) | **Judge Walker** |
| | ) | |
| **JEANNE ANN BURTON, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 3:24-ap-90116** |
| | ) | |
| **AARON OCHOA and 78** | ) | |
| **CONTRACTORS, LLC,** | ) | |
| Defendants. | ) | |

---

### MOTION CONTINUING JANUARY 21 PRETRIAL CONFERENCE

Comes now Jeanne Ann Burton, Chapter 7 Trustee herein ("Trustee"), who respectfully moves to continue the current January 21, 2026, pretrial conference for this adversary proceeding to March 11, 2026, at 11:00 a.m. That extension would allow the parties to continue settlement discussions and would align the pretrial conference with the ones in the other adversary proceedings in the underlying bankruptcy case.

Given the above considerations, the Trustee respectfully requests that the pretrial conference currently scheduled in this case for January 21, 2026, at 11:00 a.m., be continued to March 11, 2026, at 11:00 a.m.

RESPECTFULLY SUBMITTED:

/s/ Trent Meriwether
Phillip G. Young, Jr.
Trent Meriwether
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000
phillip@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served the same day as this filing on all parties of record through the Court's electronic filing system.


/s/ Trent Meriwether
Trent Meriwether